# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** September 22, 2021

**FROM:** Timothy L. Gupton  
Senior U.S. Probation Officer

**SUBJECT:** NIXON, William Lawrence  
Case No.: 5:21-CR-357-1D  
<u>Request for Early Termination</u>

**TO:** James C. Dever III  
United States District Judge

On May 24, 1994, William Lawrence Nixon was convicted of Possession of Firearm by Convicted Felon in the United States District Court for the Middle District of Georgia. Mr. Nixon received 228 months imprisonment, followed by 5 years of supervised release. He began supervision on November 15, 2017, and a Transfer of Jurisdiction was filed in the Eastern District of North Carolina on September 20, 2021.

Mr. Nixon has performed satisfactorily on supervision for nearly four years. He has had no new criminal charges and has been on low intensity supervision since July 2020. All drug screens have been negative. Mr. Nixon is receiving Social Security benefits and was not ordered to pay any monetary obligations to the court. His term of supervision is set to expire on November 14, 2022.

The probation office is requesting early termination. Due to the defendant's armed career criminal status and the nature of the offense, Assistant U.S. Attorney Timothy Severo disagrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☐ I agree with the recommendation and have signed the enclosed Order.  
☒ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  
James C. Dever III  
United States District Judge

9/23/21  
Date